# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONTRAY JUDSON,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:05-cv-999-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) (Doc. No. 22)** |
| **FILED:** | **July 11, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Dontray Judson, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on April 12, 2006. Doc. No. 21. An award of fees, is, therefore, ripe for consideration.

Judson's attorney seeks $4,300.40 in attorney's fees for 26.6 hours of work: 4.9 hours of work performed in 2005; and 21.7 hours of work performed in 2006. Doc. No. 22-3. The EAJA

sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Judson has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $157.68 per hour for work performed in 2005, and $162.57 for work performed in 2006. Doc. No. 22-2.  This would lead to an award of $772.63 for work performed in 2005, and $3,527.77 for work performed in 2006, for a total award of $4,300.40. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.

After reviewing the papers submitted by Judson, I find that the fees requested are appropriate in the absence of objection.

It is, therefore, **ORDERED** that Judson is awarded $4,300.40 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-